| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V | § § | NO: 7:10-CR-015-O-KA |
| WILLIAM L FERGUSON | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

WILLIAM L FERGUSON, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to **Count 1 of the Information**. After cautioning and examining **WILLIAM L FERGUSON** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea to the count was knowledgeable and voluntary and that the offense(s) charged are supported by an independent basis in fact containing each of the essential elements of the offense. I therefore recommend that the plea of guilty be accepted and that **WILLIAM L FERGUSON** be adjudged guilty of the offense and have sentence imposed accordingly.

Date: November 9, 2010

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).